THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN P. KELLEY, Appellant.

*Crimes — murder — judgment of conviction of murder in first degree affirmed.*

(Argued January 11, 1922; decided January 31, 1922.)

APPEAL from a judgment of the Supreme Court, rendered June 16, 1921, at a Trial Term for the county of Chautauqua upon a verdict convicting the defendant of the crime of murder in the first degree.

*Warner S. Rexford* for appellant.

*William S. Stearns,* District Attorney (*Joseph F. Rice* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.